**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Northern Division**

MONARCH LIFE INSURANCE COMPANY )
)
    Plaintiff, )
)
- against - ) WMN 02 CV 615
)
MARK S. LENES )
)
    Defendant. )

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Extension of Time, it is

ORDERED that the Motion be GRANTED; and it is

FURTHER ORDERED that Plaintiff's Rule 26(a)(2) disclosures regarding experts are due on July 2, 2002.

                                                      _/s/ WMN_ 6/19/02
                                              William M. Nickerson
                                              United States District Judge