UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JUL 15 P 2: 35
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

| | |
|---|---|
| MONARCH LIFE INSURANCE COMPANY | * |
| Plaintiff | * |
| v. | * Civil Action No. WMN-02-CV-615 |
| MARK S. LENES | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \*

### ORDER GRANTING DEFENDANT'S EXTENSION OF TIME

Upon consideration and review of Defendant's Consent Motion For Extension of Time, it is this _15th_ day of July, 2002, by the United States District Court for the Northern District of Maryland,

ORDERED that Defendant's Motion for Extension of Time to serve Defendant's Rule 26(a)(2) disclosures regarding experts is hereby GRANTED to and including August 5, 2002.

_____
JUDGE