UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

MONARCH LIFE INSURANCE COMPANY )
)
    Plaintiff, )
)
- against - )   WMN 02 CV 615
)
MARK S. LENES )
)
    Defendant. )

### ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time, it is

ORDERED that the Motion be GRANTED; and it is

FURTHER ORDERED that the Scheduling Order, filed April 19, 2002, be amended as follows:

DEADLINES

| | |
|---|---|
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | August 30, 2002 |
| Rule 26(e)(2) supplementation of disclosures and responses | September 6, 2002 |
| **Discovery Deadline: submission of status report** | October 4, 2002 |
| Requests for admission: | October 11, 2002 |
| **Dispositive pretrial motions deadline** | November 8, 2002 |

_____
Marvin J. Garbis
United States District Judge