**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Northern Division**

MONARCH LIFE INSURANCE COMPANY )
      Plaintiff, )
)
  - against - ) WMN 02 CV 615
)
MARK S. LENES )
)
      Defendant. )

## ORDER

Upon consideration of Monarch's Consent Motion for Stay and/or Extension of Time, it is

ORDERED that the Motion be and hereby is GRANTED; and it is

FURTHER ORDERED that the deadlines in the amended Scheduling Order be stayed to and until Judge Gauvey rules on defendant's motion for extension of time and/or to compel Rule 26(a)(2) disclosures and, it is

FURTHER ORDERED that after such ruling this Court shall further amend the Scheduling Order to extend the deadlines set forth therein.

9/3/2002

for _____
William M. Nickerson
United States District Judge