**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| MONARCH LIFE INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - against - | ) | WMN 02 CV 615 |
| | ) | |
| MARK S. LENES | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of the Consent Motion for Entry of Amended Scheduling Order, it is

ORDERED that the Motion be and hereby is GRANTED; and it is

FURTHER ORDERED that a Scheduling Order shall be entered with the following deadlines:

| | |
|---|---|
| Defendant's Rule 26(a)(2) disclosures re experts | 10/24/02[1] |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | 11/07/02 |
| Rule 26(e)(2) supplementation of disclosures and responses | 11/27/02 |
| Discovery deadline: submission of status report | 01/21/03 |
| Requests for admissions | 02/03/03 |
| Dispositive pretrial motions deadline | 03/03/03 |

William M. Nickerson
United States District Judge

---

[1] The Court acknowledges that a dispute as to the particular meaning of this deadline has been raised and preserved by Monarch.