UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FACSIMILE (410) 962-2577

January 15, 2003

James L. Marketos, Esq
Mary Ellen Noone, Esq.
1101 17th St., NW, Ste. 1100
Washington, DC 20036

Jeffrey N. Pritzker, Esq..
Margolis Pritzker & Epstein
405 E. Joppa Rd., Ste. 100
Towson, MD 21286

Jeffrey S. Goldstein, Esq.
222 Blaustein Bldg.
One N. Charles St.
Baltimore, MD 21201

Richard B. Schreibstein, Esq.
Century Plaza Bldg. 2000
10632 Little Patuxent Pkwy, Ste. 249
Columbia, MD 21044

Re: Monarch Life v. Mark S. Lenes
Civil Action No. WMN-02-615

Dear Counsel:

Thank you for your recent status report.

I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff, on Thursday, February 6, 2003 at 9:30 a.m. At that time I shall expect counsel to be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

Very truly yours,

William M. Nickerson
Senior United States District Judge

WMN:ce

cc: Court File