**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| MONARCH LIFE INSURANCE COMPANY, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No.: 02-CV-615 |
| | :          (WMN) |
| - against - | : |
| | : |
| MARK S. LENES, | : |
| | : |
| Defendant. | : |

**STIPULATION AND ORDER OF DISMISSAL**

_____ Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties hereto, through undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice with each party to bear its own costs.

| JEFFREY S. GOLDSTEIN, P.A. | BERLINER, CORCORAN & ROWE, LLP |
|---|---|
| By: /s/_____ | By: /s/_____ |
| Jeffrey S. Goldstein | James L. Marketos |
| 222 Blaustein Bldg. | Mary-Ellen Noone |
| One North Charles Street | 1101 17th Street, N.W. |
| Baltimore, Maryland 21201 | Suite 1100 |
| Telephone: 410/539-2222 | Washington, D.C. 20036 |
| | Telephone: 202/293-5555 |
| Counsel for Defendant | Counsel for Plaintiff |
| (signed copy of Stipulation bearing signature of Jeffrey S. Goldstein, Esq., is being maintained in the office of Berliner, Corcoran & Rowe, LLP) | |

So Ordered this ____ day of March, 2003:

_____
William M. Nickerson
United States District Court Judge